AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BILL M. OGAN,

          Plaintiff,

          v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5016-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: For the reasons set forth above and in the previous Orders to Amend or Voluntarily Dismiss, ECF Nos. 23, 27, and 42, Plaintiff's First Amended Complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

October 17, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia